**TRANSFER/JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

OLYMPIC DEVELOPMENTS AG, LLC,

Plaintiff,

v.

DISH NETWORK L.L.C.,

Defendant.

Case No. 11-cv-00612-GW-PLA

**ORDER ON STIPULATION AND JOINT MOTION TO TRANSFER CASE TO NORTHERN DISTRICT OF CALIFORNIA**

The Court, having received the parties' Stipulation and Joint Motion to Transfer Case to the Northern District of California, and having found good cause for the relief requested therein, hereby ORDERS:

1. That this case be transferred to the U.S. District Court to the Northern District of California pursuant to 28 U.S.C. § 1404. The Clerk's Office is directed to take such actions as are necessary to carry out this transfer.

2. That the deadline for DISH Network L.L.C.'s response to the First Amended Complaint be extended until 14 days after the transferred case is docketed by the U.S. District Court for the Northern District of California.

IT IS SO ORDERED.

Dated: June 6, 2011

George H. Wu

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE