1  RACHEL KREVANS (CA SBN 116421)
   RKrevans@mofo.com
2  SCOTT C. MOORE (CA SBN 203181)
   SMoore@mofo.com
3  MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
4  Los Angeles, CA 90013
   Telephone: 213.892.5200
5  Facsimile: 213.892.5454

6  Attorneys for Defendant
   DISH NETWORK LLC
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 OLYMPIC DEVELOPMENTS AG, LLC,        Case No.   3:11-cv-02895-JCS

13              Plaintiff,               **STIPULATION FOR EXTENSION OF
                                         TIME TO RESPOND TO FIRST
14     v.                                AMENDED COMPLAINT**

15 DISH NETWORK L.L.C.,                  Judge: Hon. Joseph C. Spero

16              Defendant.               1st Amend. Complaint filed: May 12, 2011

Pursuant to Northern District Local Rule 6-1(a), it is hereby stipulated by and between Plaintiff Olympic Developments AG, LLC and Defendant DISH Network L.L.C. that DISH shall have until and including August 26, 2011 to answer or otherwise respond to Plaintiffs' First Amended Complaint. This stipulated extension does not alter the date of any event or deadline already fixed by Court order.

SO STIPULATED.

Dated: July 22, 2011

RACHEL KREVANS
SCOTT C. MOORE
MORRISON & FOERSTER LLP

By: */s/ Scott C. Moore*
Scott C. Moore

Attorneys for Defendant
DISH NETWORK L.L.C.

Dated: July 22, 2011

WHITE FIELD, INC.

By: */s/ Steven W. Ritcheson*
Steven W. Ritcheson

Attorneys for Plaintiff
OLYMPIC DEVELOPMENTS AG, LLC

## ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B, the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: July 22, 2011

By: */s/ Scott C. Moore*
Scott C. Moore

Dated: 7/26/11

Attorneys for Defendant
DISH NETWORK L.L.C.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]