RACHEL KREVANS (CA SBN 116421)
RKrevans@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

SCOTT C. MOORE (CA SBN 203181)
SMoore@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
DISH NETWORK L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC,<br><br>           Plaintiff,<br><br>   v.<br><br>DISH NETWORK L.L.C.,<br><br>           Defendant. | Case No. 3:11-cv-02895-JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Joseph C. Spero |

1     WHEREAS, the Court has issued an Order setting an Initial Case Management
2 Conference for September 23, 2011;
3     WHEREAS, the current date of the Initial Case Management Conference presents a
4 conflict for Defendant's counsel because the annual firm-wide partnership meeting of
5 Defendant's counsel's law firm is scheduled for September 22-25, 2011 in Los Angeles,
6 California;
7     WHEREAS, counsel for Plaintiff is agreeable to a continuance of the Initial Case
8 Management Conference provided that the rescheduled Case Management Conference does not
9 conflict with his travel plans in October, 2011;
10     WHEREAS, the parties also agree that a continuance of the Initial Case Management
11 Conference would be beneficial because it would allow the parties additional time to discuss
12 settlement before the Initial Case Management Conference takes place;
13     WHEREAS, the parties have not previously requested any continuances of the Initial Case
14 Management Conference;
15     WHEREAS, the parties agree that November 4, 2011 would be a convenient and
16 appropriate date for the Initial Case Management Conference;
17 / / /
18 / / /
19
20
21
22
23
24
25
26
27
28

1  NOW, WHEREFORE, the parties hereby stipulate to and request that the Court enter an Order continuing the Initial Case Management Conference until Friday, November 4, 2011, at 1:30 PM.

Dated: September 1, 2011

RACHEL KREVANS
SCOTT C. MOORE
MORRISON & FOERSTER LLP

By: */s/ Scott C. Moore*
Scott C. Moore

Attorneys for Defendant
DISH NETWORK L.L.C.

Dated: September 1, 2011

WHITE FIELD, INC.

By: */s/ Steven W. Ritcheson*
Steven W. Ritcheson

Attorneys for Plaintiff
OLYMPIC DEVELOPMENTS AG, LLC

ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B, the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: September 1, 2011

By: */s/ Scott C. Moore*
Scott C. Moore

Attorneys for Defendant
DISH NETWORK L.L.C.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 09/06/2011

By: _____
HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; Judge Joseph C. Spero)*

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
3:11-cv-02895-JCS
la-1133934

2