1  RACHEL KREVANS (CA SBN 116421)
   RKrevans@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  SCOTT C. MOORE (CA SBN 203181)
   SMoore@mofo.com
6  MORRISON & FOERSTER LLP
   555 West Fifth Street
7  Los Angeles, California 90013-1024
   Telephone: 213.892.5200
8  Facsimile: 213.892.5454

9  Attorneys for Defendant
   DISH NETWORK L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DISH NETWORK L.L.C.,<br><br>　　　　　　Defendant. | Case No.   3:11-cv-02895-JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Joseph C. Spero |

1  WHEREAS, the Court has issued an Order setting an Initial Case Management
2  Conference for September 23, 2011;
3  WHEREAS, the current date of the Initial Case Management Conference presents a
4  conflict for Defendant's counsel because the annual firm-wide partnership meeting of
5  Defendant's counsel's law firm is scheduled for September 22-25, 2011 in Los Angeles,
6  California;
7  WHEREAS, counsel for Plaintiff is agreeable to a continuance of the Initial Case
8  Management Conference provided that the rescheduled Case Management Conference does not
9  conflict with his travel plans in October, 2011;
10 WHEREAS, the parties also agree that a continuance of the Initial Case Management
11 Conference would be beneficial because it would allow the parties additional time to discuss
12 settlement before the Initial Case Management Conference takes place;
13 WHEREAS, the parties have not previously requested any continuances of the Initial Case
14 Management Conference;
15 WHEREAS, the parties agree that November 4, 2011 would be a convenient and
16 appropriate date for the Initial Case Management Conference;
17 / / /
18 / / /
19
20
21
22
23
24
25
26
27
28

1  NOW, WHEREFORE, the parties hereby stipulate to and request that the Court enter an
2  Order continuing the Initial Case Management Conference until Friday, November 4, 2011, at
3  1:30 PM.

4  Dated: September 1, 2011          RACHEL KREVANS
                                      SCOTT C. MOORE
5                                     MORRISON & FOERSTER LLP

7                                     By:  */s/ Scott C. Moore*
                                           Scott C. Moore
8
                                      Attorneys for Defendant
9                                     DISH NETWORK L.L.C.

10 Dated: September 1, 2011          WHITE FIELD, INC.

12                                    By:  */s/ Steven W. Ritcheson*
                                           Steven W. Ritcheson
13
                                      Attorneys for Plaintiff
14                                    OLYMPIC DEVELOPMENTS AG, LLC

16                          ECF CERTIFICATION

17  Pursuant to General Order No. 45, § X.B, the filing attorney attests that he has obtained
18  concurrence regarding the filing of this document from the signatories to the document.

19 Dated: September 1, 2011          By:  */s/ Scott C. Moore*
20                                        Scott C. Moore

21                                    Attorneys for Defendant
                                      DISH NETWORK L.L.C.

23 PURSUANT TO STIPULATION, IT IS SO ORDERED.

24 Dated: 09/06/2011

26                                    By: _____
27                                        HONORABLE JOSEPH C. SPERO
                                          UNITED STATES MAGISTRATE JUDGE