# MORRISON | FOERSTER

555 WEST FIFTH STREET
LOS ANGELES
CALIFORNIA 90013-1024

TELEPHONE: 213.892.5200
FACSIMILE: 213.892.5454

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

November 3, 2011

Writer's Direct Contact
213.892.5728
SMoore@mofo.com

Via CM/ECF Filing

Hon. Joseph C. Spero
United States Magistrate Judge

Re: Request for telephonic appearance: CMC set for November 11, 2011 at 1:30 PM in *Olympic Developments v. Atlantic Broadband*, Case No. 3:11-cv-2895-JCS

Your Honor:

I am writing to respectfully request that the Court permit Defendants' lead trial counsel, Rachel Krevans, to appear telephonically at tomorrow's 1:30 PM case management conference in *Olympic Developments v. Atlantic Broadband,* Case No. 3:11-cv-2895-JCS.

Due to a scheduling emergency involving her elderly parents, Ms. Krevans will not be able to attend tomorrow's hearing in-person. However, Ms. Krevans can be available to make a telephonic appearance. She will be available at the following land-line telephone number: 415-268-7349.

We apologize to the Court and to Your Honor's Courtroom Deputy for any inconvenience caused by the last-minute nature of this request.

Sincerely,

*/s/ Scott C. Moore*

Scott C. Moore

Dated: 11/3/11   IT IS HEREBY ORDERED that Ms. Krevans shall be on phone standby beginning at 1:30 PM and await the Court's call.

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA