Steven W. Ritcheson, Esq. (SBN 174062)
WHITE FIELD, INC.
9800 D Topanga Canyon Blvd. #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
switcheson@whitefieldinc.com

Attorneys for Plaintiff, OLYMPIC DEVELOPMENTS AG, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK L.L.C., <br><br> Defendant. | Case No. 11-CV-02895 JCS <br><br> Judge: Hon. Joseph C. Spero <br><br> **STIPULATION TO EXTEND TIME FOR FILING OF UPDATED CASE MANAGEMENT STATEMENT** |

  Plaintiff Olympic Development AG, LLC ("Olympic") and Defendant DISH Network L.L.C. ("DISH") (collectively, Olympic and DISH are referred to as the "Parties") jointly submit this Stipulation To Extend Time For Filing Of Updated Case Management Statement in this case.

  WHEREAS, DISH orally moved the Court to stay this action pending re-examination of the patents-in-suit on November 4, 2011 (the "Stay Motion") (Docket Number 46);

  WHEREAS, the Court, in granting the Stay Motion, ordered the Parties to file an updated joint case management conference statement (the "Statement") by March30, 2012 (id.);

STIPULATION TO EXTEND TIME FOR FILING OF UPDATED CASE MANAGEMENT STATEMENT - 11-CV-02895 JCS

1

1  WHEREAS, counsel are working on the Statement but have been unable to finalize it by
2  March 30, 2012, because business commitments and a Court hearing in another matter prevented
3  them from being able to confer and resolve the remaining issues; and
4  WHEREAS, the Parties are in the process of finalizing the Statement and anticipate
5  completing and filing the Statement on Monday, April 2, 2012;

7  NOW, THEREFORE, it is hereby stipulated and agreed:
8      1. The Court should extend the filing date for the Parties' Updated Joint Case
9         Management Conference Statement from Friday, March 30, 2012, to Monday,
10        April 2, 2012.

11 Dated: March 30, 2012                     Respectfully submitted,

12                                                               **WHITE FIELD, INC.**

14                                                               By:  */s/ Steven W. Ritcheson*
15                                                                 Steven W. Ritcheson
                                                               Attorneys For Plaintiff
                                                               OLYMPIC DEVELOPMENTS AG, LLC

18 Dated: March 30, 2012                     Respectfully submitted,
19                                                                **MORRISON & FOERSTER LLP**

20                                                                 By:  */s/ Scott C. Moore*
21                                                                 Scott C. Moore
                                                               Attorneys for Defendant
22                                                                DISH NETWORK L.L.C.

1 | Pursuant to General Order No. 45.X.B., the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

Dated: March 30, 2012

Steven W. Ritcheson

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 2, 2012

HONORABLE JOSEPH C. SPERO
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TIME FOR FILING OF UPDATED CASE MANAGEMENT STATEMENT - 11-CV-02895 JCS

3