# MORRISON | FOERSTER

555 WEST FIFTH STREET
LOS ANGELES
CALIFORNIA  90013-1024

TELEPHONE: 213.892.5200
FACSIMILE: 213.892.5454

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

July 11, 2012

Writer's Direct Contact
213.892.5728
SMoore@mofo.com

Via CM/ECF Filing

Hon. Joseph C. Spero
United States Magistrate Judge

Re:   Request for telephonic appearance: CMC set for July 13, 2012, at 1:30 PM in
      *Olympic Developments v. DISH Network L.L.C.*, Case No. 3:11-cv-2895-JCS

Your Honor:

I am writing to respectfully request that the Court permit me to appear telephonically on behalf of Defendant at the Friday, July 13, 2012, case management conference in *Olympic Developments v. DISH Network,* Case No. 3:11-cv-2895-JCS.

Earlier today, Your Honor's Courtroom Deputy informed us that the Court was declining to take the Friday July 13, 2012 hearing off calendar, as the parties had requested, because of a request by Plaintiff to lift the stay in a separate lawsuit between Plaintiff and Sony. Defendant was unaware until today that Plaintiff had requested to lift the stay in the Sony case, and Defendant's San Francisco-based counsel is not available this Friday to attend the Court hearing.  The Court has already granted Plaintiff leave to appear telephonically at this hearing.

If the Court grants this Request, I will be available in my office at the following land-line telephone number:  213.892.5728.

Sincerely,

/s/ Scott C. Moore
Scott C. Moore

Dated: July 12, 2012

