1  RACHEL KREVANS (CA SBN 116421)
   RKrevans@mofo.com
2  SCOTT C. MOORE (CA SBN 203181)
   SMoore@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   DISH NETWORK L.L.C.
7
   STEVEN W. RITCHESON (CA SBN 174062)
8  swritcheson@hgdlawfirm.com
   HENINGER GARRISON DAVIS, LLC
9  9800 D Topanga Canyon Blvd, Ste. 347
   Chatsworth, CA 91311
10 Telephone: 828.882.1030
   Facsimile: 818.337.0383
11
   Attorneys for Plaintiff
12 OLYMPIC DEVELOPMENTS AG, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC, | Case No.   3:11-cv-02895-JCS |
| Plaintiff, | **STIPULATED DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| v. | |
| DISH NETWORK L.L.C., | Judge:  Hon. Joseph C. Spero |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Olympic Developments AG, LLC and Defendant DISH Network L.L.C. hereby stipulate that the above-entitled action be dismissed in its entirety, without prejudice, with each side to bear its own costs.

Dated:   March 6, 2013

RACHEL KREVANS
SCOTT C. MOORE
MORRISON & FOERSTER LLP

By:   */s/ Scott C. Moore*
      Scott C. Moore

Attorneys for Defendant
DISH NETWORK L.L.C.

Dated:   March 6, 2013

HENINGER GARRISON DAVIS, LLC

By:   */s/ Steven W. Ritcheson*
      Steven W. Ritcheson

Attorneys for Plaintiff
OLYMPIC DEVELOPMENTS AG, LLC

ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B, the filing attorney attests that he has obtained concurrence regarding the filing of this document from all signatories to the document.

Dated:   March 6, 2013

By:   */s/ Scott C. Moore*
      Scott C. Moore

Attorneys for Defendant
DISH NETWORK L.L.C.

la-1202923

Dated: 3/12/13

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA